**NO. _____**

# IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

IN RE:

EHIREMEN BENNARD ERIAKHA,

PETITIONER

ON PETITION FOR A WRIT OF MANDAMUS TO THE

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF MISSISSIPPI, OXFORD DIVISION

(ARISING FROM CONSOLIDATED CIVIL ACTION NO. 3:25-CV-00226-MPM-JMV, INCLUDING CASE NO. 3:25-CV-00250-DMB-RP)

MOTION TO PROCEED IN FORMA PAUPERIS

Petitioner Ehiremen Bennard Eriakha, proceeding pro se, respectfully moves for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915, Federal Rule of Appellate Procedure 24, and Federal Rule of Appellate Procedure 21, in connection with his Emergency Petition for Writ of Mandamus.

In support of this motion, Petitioner states as follows:

1. Petitioner has filed an Emergency Petition for Writ of Mandamus seeking relief from the district court's prolonged failure to rule on pending emergency motions for injunctive relief.

2. Petitioner is unable to prepay the appellate docketing fees or provide security therefor due to indigence.

3. As set forth in the accompanying Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis and Supplement, Petitioner currently has no source of income, no assets, and incurs substantial and unavoidable monthly living expenses.

4. Petitioner's enrollment and graduate assistantship were terminated while emergency motions remained pending, resulting in the loss of stipend income and tuition support and leaving Petitioner without any source of income.

5. This mandamus proceeding is brought in good faith and presents non-frivolous issues concerning the district court's obligation to adjudicate time-sensitive motions where irreparable harm is alleged.

WHEREFORE, Petitioner respectfully requests that the Court grant this Motion and permit him to proceed in forma pauperis in this original proceeding.

Respectfully submitted,

/s/ Ehiremen Bennard Eriakha

Ehiremen Bennard Eriakha

Petitioner, pro se

1802 Jackson Ave. W., Apt. 83

Oxford, MS 38655

(662) 281-4676

eriakhabernard@gmail.com

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. App. P. 21(a)(1), Fed. R. App. P. 25(d), and 5th Cir. R. 25.2.5, I hereby certify that on December 17, 2025, I served a true and correct copy of the foregoing Motion to Proceed In Forma Pauperis as follows:

**By email**:

**Clerk's Office**

United States Court of Appeals for the Fifth Circuit

Email: pro_se@ca5.uscourts.gov

Counsel for Respondent (United States District Court for the Northern District of Mississippi):

**Paul B. Watkins**, **Esq**.

Mayo Mallette PLLC

Email: pwatkins@mayomallette.com

(cc: Brooke Jackson, bjackson@mayomallette.com)

Executed this 17th day of December, 2025, in Oxford, Mississippi.

/s/ Ehiremen Bennard Eriakha

Ehiremen Bennard Eriakha

Petitioner, pro se

1802 Jackson Ave. W., Apt. 83

Oxford, MS 38655

Tel: (662) 281-4676

Email: eriakhabernard@gmail.com