# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 24, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

  No. 25-60700   In re: Ehiremen Eriakha
                 USDC No. 3:25-CV-226
                 USDC No. 3:25-CV-250

Enclosed is an order entered in this case.


                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Angelique B. Tardie, Deputy Clerk
                        504-310-7715

Mr. David Crews
Mr. Ehiremen Bennard Eriakha